**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6657**

PATRICK CHRISTIAN,

                    Plaintiff – Appellant,

     v.

COMMONWEALTH STATE OF VIRGINIA,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Senior District Judge.  (3:15-cv-00205-JRS)

Submitted:  August 27, 2015      Decided:  September 1, 2015

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Patrick Christian, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Christian seeks to appeal the district court's order dismissing without prejudice his civil complaint under 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (2012) for failure to state a claim upon which relief may be granted and because the complaint was otherwise frivolous. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). "Dismissals without prejudice are generally not appealable final orders." In re GNC Corp., 789 F.3d 505, 511 n.3 (4th Cir. 2015). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Christian seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before this court and argument would not aid the decisional process.

DISMISSED